**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| MARIANO BENITEZ AND KEITH HOBBS, individually and on behalf of all others similarly situated, |  1:20-cv-01870-RPK |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | **TO ADMIT COUNSEL** |
| | **PRO HAC VICE** |
| SPRINGVILLE PARTNERS, LLC, a New York limited liability company, | |
| Defendant. | |

-----------------------------------------------------------X

TO: THE CLERK OF THE COOURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I __Patrick H. Peluso__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Woodrow & Peluso, LLC__ and a member in good standing of the bar(s) of the State(s) of __Colorado__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiffs Mariano Benitez and Keith Hobbs__. There are no pending disciplinary proceedings against me in any state or federal court.  (If there are any disciplinary proceedings, describe them.)

                                                          Respectfully submitted,

Dated: 5/1/20

                                       /s/ Patrick H. Peluso
                                       Signature of Movant
                                       Firm Name: Woodrow & Peluso, LLC
                                       Address: 3900 E. Mexico Ave., Suite 300
                                                   Denver, CO 80210
                                       Email: ppeluso@woodrowpeluso.com
                                       Phone: (720) 213-0676