**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIANO BENITEZ AND KEITH HOBBS,         1:20-cv-01870-RPK
individually and on behalf of all others similarly
situated,                                **AFFIDAVIT IN SUPPORT OF**
                Plaintiff,   **MOTION TO ADMIT COUNSEL**
v.                                       ***PRO HAC VICE***

SPRINGVILLE PARTNERS, LLC, a New
York limited liability company,
                Defendant.
-----------------------------------------------------------X

I, __Patrick H. Peluso__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Partner__ with the law firm of __Woodrow & Peluso, LLC__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Colorado__.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I __have not__ been convicted of a felony. I you have, please describe facts and circumstances.
6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: __47642__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __1:20-cv-01870-RPK__ for __Plaintiffs Mariano Benitez and Keith Hobbs.__

Date __5/1/2020__
__Denver,         CO__

                                              __/s/ Patrick H. Peluso__
                                              Signature of Movant
                                              Firm Name: __Woodrow & Peluso, LLC__
**NOTARIZED**                            Address: __3900 E. Mexico Ave., Suite 300__
                                                           __Denver, CO 80210__
                                              Email: __ppeluso@woodrowpeluso.com__
                                              Phone: __(720) 213-0676__