AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Mariano Benitez and Keith Hobbs, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01870-RPK-SMG |
| Springville Partners, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mariano Benitez and Keith Hobbs and the alleged class                                               .

Date:   05/06/2020                                        /s/ Patrick H. Peluso
                                                                     *Attorney's signature*

                                                          Patrick H. Peluso, Colo. Bar No. 47642
                                                                *Printed name and bar number*

                                                                   Woodrow & Peluso, LLC
                                                                3900 E. Mexico Ave., Suite 300
                                                                       Denver, CO 80210
                                                                             *Address*

                                                                 ppeluso@woodrowpeluso.com
                                                                        *E-mail address*

                                                                         (720) 213-0676
                                                                       *Telephone number*

                                                                         (303) 927-0809
                                                                           *FAX number*