**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIANO BENITEZ AND KEITH HOBBS, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SPRINGVILLE PARTNERS, LLC, a New York limited liability company,<br><br>　　　　Defendant. | Case No. 1:20-cv-01870-RPK-SMG<br><br><br>CLASS ACTION |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

　　Plaintiffs Mariano Benitez and Keith Hobbs file this stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case, with each side bearing its own costs and fees.  None of the rights of any putative class members other than Plaintiffs have been released or are otherwise affected by this dismissal.  This dismissal resolves the entire action.

　　RESPECTFULLY SUBMITTED AND DATED this 31 day of July, 2020.

| | |
|---|---|
| By:*/s/ Patrick H. Peluso*<br>Patrick H. Peluso<br>**WOODROW & PELUSO, LLC**<br>3900 East Mexico Ave., Suite 300<br>Denver, CO 80210<br>Phone: (720) 213-0675<br>ppeluso@woodrowpeluso.com | By: */s/ Andrew T. Hambelton*<br>Andrew T. Hambelton<br>**BLANK ROME LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Phone: 212.885.5345<br>AHambelton@blankrome.com |
| Shawn Kassman<br>**LAW OFFICE OF SHAWN KASSMAN, ESQ. PC**<br>110 Carleton Avenue<br>Central Islip, NY 11722<br>Phone: 631-232-9479<br>shawnkassman@centralisliplawyer.com | *Counsel for Defendant Springville Partners, LLC* |

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

    I, Patrick Peluso, hereby certify that on July 31, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

                                                                /s/ *Patrick H. Peluso*
                                                                  Patrick H. Peluso